United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRIBUTORS ASSOCIATION WAREHOUSEMEN'S PENSION TRUST, et al., | No. C 05-1161 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 14] |
| FOREIGN TRADE ZONE 3, INC., | |
| Defendant. | |

On March 21, 2005, Plaintiffs Distributors Association Warehousemen's Pension Trust and Distributors Association Pensioners Hospital and Medical Trust Fund (collectively, "Plaintiffs") filed a Complaint against Defendant Foreign Trade Zone 3, Inc. for alleged violations of the Employment Retirement Income Security Act of 1974 ("ERISA").

On or about March 30, 2005, Plaintiffs served Defendant with a copy of the summons and Complaint.

On May 11, 2005, Plaintiffs filed a Motion to Strike Answer to Complaint [Docket No. 14]. In the Motion to Strike, Plaintiffs request that the Court strike Defendant's proposed answer to Plaintiffs' Complaint on the grounds that Defendant, a corporation, is improperly proceeding in pro per. However, per the Court's records, Defendant has not yet appeared in this action and has not filed an answer with the Court.

Accordingly,

Plaintiffs' Motion to Strike Answer to Complaint [Docket No. 14] is DENIED WITHOUT

1  PREJUDICE.  Plaintiffs are reminded that, pursuant to the Court's standing orders, they are required to

2  submit **courtesy copies** of all of their papers to chambers.

3       IT IS SO ORDERED.

4  Dated: 6/28/05                                              s/Saundra Brown Armstrong
                                                               SAUNDRA BROWN ARMSTRONG
5                                                              United States District Judge

United States District Court
For the Northern District of California