**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRIBUTORS ASSOCIATION WAREHOUSEMEN'S PENSION TRUST AND DISTRIBUTORS ASSOCIATION PENSIONERS HOSPITAL AND MEDICAL TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FOREIGN TRADE ZONE 3, INC.,<br><br>Defendant(s).<br>_____/ | No. C  05-1161 SBA (WDB)<br><br>**AMENDED** ORDER SETTING DATE FOR HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |

The above matter has been referred to the undersigned for a Report & Recommendation regarding plaintiffs' motion for default judgment. The hearing on plaintiffs' motion is hereby scheduled for **November 7,  2005, at 1:00 p.m.**, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, 94612.

Counsel for plaintiffs has advised the court that defendant has been served with the complaint and with subsequent papers in this lawsuit but that defendant has not presented any response to the court. If defendant takes no action, a judgment will be entered against it. Even if defendant has not filed any papers in this case and has not otherwise communicated with the court about this matter, defendant has a right to appear at the hearing in the

1  undersigned's courtroom on November 7, 2005, and to present any information, documents,
2  or argument that may be relevant to disposition of the case.
3  <u>Plaintiffs are directed to immediately serve a copy of this order on defendant.</u>
4  Plaintiffs are <u>also</u> ordered to lodge a courtesy copy of their motion for default judgment and
5  <u>all</u> supporting papers with the undersigned's chambers by no later than October 21, 2005.
6      IT IS SO ORDERED.
7  Dated:   October 18, 2005                    /s/  Wayne D. Brazil
                                                WAYNE D. BRAZIL
8                                               United States Magistrate Judge

9  Copies to:
   WDB, SBA,
10 Plaintiffs with direction to
   serve defendant