IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRIBUTORS ASSOCIATION WAREHOUSEMAN'S PENSION TRUST, et al., <br><br>        Plaintiffs. <br><br>  v. <br><br>FOREIGN TRADE ZONE 3, INC., <br><br>        Defendant. | No. C 05-1161 SBA <br><br>**ORDER** <br><br>[Docket Nos. 32, 51] |

      This matter comes before the Court on Magistrate Judge Brazil's Report and Recommendation re Plaintiffs' Motion for Default Judgment [Docket No. 51]. None of the parties to the instant action has filed any objections to the report.

      Having considered the report, and the recommendations therein, and for good cause appearing, this Court hereby ADOPTS Magistrate Judge Brazil's Report and Recommendation re Plaintiffs' Motion for Default Judgment.

      Accordingly,

      IT IS HEREBY ORDERED THAT Magistrate Judge Brazil's Report and Recommendation re Plaintiffs' Motion for Default Judgment [Docket No. 51] is ADOPTED.

      IT IS FURTHER ORDERED THAT Plaintiffs' Motion for Default Judgment [Docket No. 32] is GRANTED IN PART AND DENIED IN PART.

      IT IS FURTHER ORDERED THAT judgment shall be entered in Plaintiffs' favor for delinquent contributions in the amount of $15,416.95 and liquidated damages in the amount of $9,777.50.

      IT IS FURTHER ORDERED THAT Plaintiffs shall be awarded interest, calculated at the rate of twelve percent (12%), in the total amount of $1,835.30.

1    IT IS FURTHER ORDERED THAT Plaintiffs shall be awarded attorney's fees in the amount
2 of $25,648.50 and costs in the amount of $901.32.

3    IT IS FURTHER ORDERED THAT no later than January 13, 2006, Defendant shall post a bond
4 in the amount of $6,956.28 as required under Section 9.08 of the Pension Agreement.

5    IT IS FURTHER ORDERED THAT Defendant shall submit to an audit, provided that Plaintiffs
6 furnish Defendant with reasonable notice of the auditor's findings and an opportunity to challenge the
7 amount found owing.  Defendant shall reimburse Plaintiffs for the costs of the audit.  No later than thirty
8 (30) days following the completion of the audit, Plaintiff may file an ex parte application to amend the
9 Court's judgment to account for any additional unpaid contributions, interest, and liquidated damages
10 found owing as a result of the audit.

11    IT IS FURTHER ORDERED THAT on or before January 6, 2006, Plaintiffs may file an ex parte
12 application to amend the Court's judgment to account for any interest accrued between November 18,
13 2005 and the date of the judgment.  Plaintiffs' ex parte application shall be accompanied by the
14 appropriate documentation and proof.

15    IT IS FURTHER ORDERED THAT Defendant shall perform and continue performing its
16 obligations under the Collective Bargaining Agreement.

17    IT IS FURTHER ORDERED THAT Plaintiffs shall properly allocate to the respective trusts any
18 sums recovered.

19    IT IS SO ORDERED.

21 Dated: 12/19/05

SAUNDRA BROWN ARMSTRONG
United States District Judge